IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| **IVAN JEROME TERRY, II,** § | |
| § | |
|    **Plaintiff,** § | |
| § | |
| v. § | Civil Action No. 4:20-cv-618-SDJ-KPJ |
| § | |
| **KILOLO KIJAKAZI,** § | |
| *Acting Commissioner of Social Security*, § | |
| § | |
|    **Defendant.** § | |

**MEMORANDUM ADOPTING REPORT AND
RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE**

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 16, 2022, the report of the Magistrate Judge (Dkt. #23) was entered containing proposed findings of fact and recommendations that the final decision of the Commissioner of Social Security Administration be affirmed. On March 2, 2022, Plaintiff Ivan Jerome Terry, II ("Plaintiff") filed an Objection (Dkt. #24) to the report.

The Court has conducted a *de novo* review of the Objection and is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the Objection is without merit as to the ultimate findings of the Magistrate Judge. Accordingly, Plaintiff's Objection (Dkt. #24) is **OVERRULED** and the Magistrate Judge's report is **ADOPTED** as the findings and conclusions of the Court.

    **IT IS ORDERED** that the decision of the Commissioner is **AFFIRMED**.

    SIGNED at Beaumont, Texas, this 10th day of March, 2022.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE